UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **: Hon. William H. Walls** |
| | : |
| **v.** | **: Crim. No. 06-597 (WHW)** |
| | : |
| **RAFAEL SORIANO** | **: <u>Continuance Order</u>** |

This matter having come before the Court on the joint
application of Ralph J. Marra, Jr., Acting United States Attorney
for the District of New Jersey (by Charlton A. Rugg, Assistant
U.S. Attorney), and defendant Rafael Soriano (by Linda Foster,
Esq.) for an order granting a continuance of the proceedings in
the above-captioned matter for a period of 60 days, and the
defendant being aware that he has a right to have the matter
brought to trial within 70 days of the date of his appearance
before a judicial officer of this court pursuant to Title 18 of
the United States Code, Section 3161(c)(1), and as the defendant
has consented to this continuance, and for good and sufficient
cause shown,

IT IS THE FINDING OF THIS COURT that this action should
be continued for the following reasons:

1.  Plea negotiations are currently in progress, and
both the United States and the defendant desire additional time
to finalize a plea agreement, which would render trial of this
matter unnecessary;

2.   Defendant has consented to the aforementioned continuance; and

3.   Pursuant to Title 18 of the United States Code, Section 3161(h)(8), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, on this ___19___ day of May, 2009,

IT IS ORDERED that the period from May 12, 2009, through July 13, 2009, shall be excludable in computing time under the Speedy Trial Act of 1974, pursuant to Title 18, United States Code, Section 3161(h)(8).

_____
HON. WILLIAM H. WALLS
United States District Judge

Form and entry consented to:

_____
Charlton A. Rugg, AUSA

_____
Linda Foster, AFPD