## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Crim. No. 06-597 (WHW) |
| v. | ORDER FOR MODIFICATION OF BAIL CONDITIONS |
| RAFAEL SORIANO, Defendant. | |

AND NOW, this 30 day of June, 2009, upon the application of defendant, Rafael Soriano, (by Linda D. Foster, Assistant Federal Public Defender) for an order modifying bail conditions in this matter, and the government (by Charlton A. Rugg, Assistant U.S. Attorney), and Pretrial Services having consented to this Application, it is hereby ORDERED that this Application be and hereby is GRANTED. The bail conditions previously imposed upon Mr. Soriano are modified to permit his wife, Ysa Soriano, to travel to Dominican Republic for a month, leaving on or after July 1, 2009, and returning on or before August 1, 2009. Mrs. Soriano is further directed to provide her travel itinerary and contact information to Pretrial Services before she travels. It is further ORDERED that Pretrial Services will release Mrs. Soriano's passport for the purpose of travel and the passport must be returned to Pretrial Services upon completion of travel.

It is further ORDERED that all other bail conditions remain the same.

_____
William H. Walls
United States District Judge