UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | : Hon. William H. Walls |
| | : |
| v. | : Crim. No. 06-597 (WHW) |
| | : |
| RAFAEL SORIANO | : <u>Continuance Order</u> |

This matter having come before the Court on the joint application of Ralph J. Marra, Jr., Acting United States Attorney for the District of New Jersey (by Charlton A. Rugg, Assistant U.S. Attorney), and defendant Rafael Soriano (by Linda Foster, Esq.) for an order granting an adjournment of the trial date and a continuance of the proceedings in the above-captioned matter for a period of 60 days, and the defendant being aware that he has a right to have the matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court pursuant to Title 18 of the United States Code, Section 3161(c)(1), and as the defendant has consented to this continuance, and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. Plea negotiations are currently in progress, and both the United States and the defendant desire additional time to finalize a plea agreement, which would render trial of this matter unnecessary;

    2.   Defendant has consented to the aforementioned continuance; and

    3.   Pursuant to Title 18 of the United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, on this _5_ day of ~~September~~ October, 2009,

IT IS ORDERED that the trial date is adjourned and the period from October 6, 2009, through December 5, 2009, shall be excludable in computing time under the Speedy Trial Act of 1974, pursuant to Title 18, United States Code, Section 3161(h)(7).

                                        HON. WILLIAM H. WALLS
                                        United States District Judge

Form and entry consented to:

_____
Charlton A. Rugg, AUSA

_____
Linda Foster, AFPD
Counsel for Raphael Soriano