UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA         :
                                 :    Crim. No. 06-597 (WHW)
          v.                     :
                                 :    ORDER PERMITTING RETURN
RAFAEL SORIANO                   :    OF PASSPORT
          Defendant.             :

AND NOW, this 15th day of September, 2010, upon the application of the defendant, Rafael Soriano, for an order permitting the return of his wife's passport, and with the consent of the government, as per Charlton Rugg, Assistant United States Attorney, it is hereby ORDERED that this application be GRANTED. It is further ORDERED that the passport of defendant's wife, Ysa Soriano, be returned to him by Pre-Trial Services.

William H. Walls
Senior United States District Judge