# UNITED STATES DISTRICT COURT
## PROBATION OFFICE
# DISTRICT OF NEW JERSEY

**WILFREDO TORRES**
CHIEF PROBATION OFFICER

200 FEDERAL PLAZA
ROOM 130
PATERSON, NJ
(973) 357-4080
FAX: (973) 357-4092

August 3, 2012

**Mailing Address:**

50 WALNUT STREET
ROOM 1001
P.O. BOX 459
NEWARK, NJ 07101-0459

www.njp.uscourts.gov

The Honorable William H. Walls, Sr. USDJ
Martin Luther King Jr. Federal Building and Courthouse
P.O. Box 0999
Newark, New Jersey 07102-0999

RE: Soriano, Rafael E.
Dkt. No. 06-CR-597-01
**Notification of Expiration of Supervision
with Outstanding Restitution Balance**

Dear Judge Walls:

On August 18, 2010, Your Honor sentenced Rafael E. Soriano to fifteen months imprisonment, one year of supervised release, $34,909 in restitution and a $100 special assessment for the offense of Fraud and False Statements. Special conditions include cooperation with the Internal Revenue Service, no new debt, and reporting any position of self-employment including any independent, entrepreneurial, or freelance employment or business activity.

On October 28, 2011, the offender was released from custody and began the period of supervised release. The term of supervision will expire on October 27, 2012; however, as of today's date, he maintains a restitution balance of $34,504. Notwithstanding the outstanding financial obligation, Soriano has otherwise remained in compliance with the conditions of supervision. Unless the Court considers otherwise, we recommend the offender's supervision term be allowed to expire as scheduled since the restitution order remains imposed as a final judgment, pursuant to Title 18 U.S.C. § 3612. By copy of this letter, the Financial Litigation Unit of the United States Attorney's Office for the District of New Jersey is notified of the expiration of Soriano's term of supervision.

As always, we make ourselves available should the Court wish to discuss this matter. The undersigned can be reached at (973)357-4080.

Very truly yours,

WILFREDO TORRES, Chief
U.S. Probation Officer

By: Denise Morales
U.S. Probation Officer

/dm

cc: Financial Litigation Unit
    United States Attorney's Office

## EXPIRATION OF SUPERVISION WITH OUTSTANDING RESTITUTION BALANCE

U.S. v. Rafael E. Soriano
Docket No.: 06-00597-01

__✓__  The Court approves of the expiration of supervision with an outstanding restitution balance.

_____  The Court does not approve of the offender's expiration from supervision with an outstanding restitution balance.

_____
Signature of Judicial Officer

_14 August 2012_____
Date